UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                          Criminal No. 07-cr-206-1-SM

<u>Agustin H. Sanchez</u>

## **O R D E R**

Defendant has written a letter to the court, dated May 4, 2010, in which he seeks the appointment of counsel "to assist . . . in determining if there is a basis for my seeking a sentence reduction." The letter shall be docketed as a motion for appointment of counsel.

The letter does not appear to constitute a petition for relief under the provisions of 28 U.S.C. § 2255, and is not construed as such.

The request for appointment of counsel is denied.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

May 10, 2010

cc:    Jennifer C. Davis, Esq.
       Adam H. Bernstein, Esq.
       U.S. Marshal
       U.S. Probation